# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URVE MAGGITTI,<br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BRET M. BINDER, ANTHONY T. VERWEY, WILLIAM P. MAHON, MARTIN G. GOCH, MARC J. LIEBERMAN, JOHN HALL, DEBRA TODD, DEB RYAN, DANIEL E. ROLAND, FREDDA L. MADDOX, ROSANA CASTRO, DEBBIE HUNTER, JACK A. PANELLA, MOTION'S JUDGE(S), Superior Court of Pennsylvania, BENJAMIN D. KOHLER, AMY DREIBELBIS, HILLARY J. MOONAY, DAVID A. NASATIR, MATHIEU J. SHAPIRO, THOMAS A. LEONARD III, NICHOLAS PODUSLENKO, MELISSA BLANCO, DAVID LADOV, ENRICO PAGANELLO, WILLIAM C. WENNER, NANCY L. CLEMENS, SUSAN P. GANTMAN, RENEE COHN JUBELIRER, ANDREW E. MASICH, Ph.D., MICHAEL BRUNELLE, SCOTT B. COOPER, SUDHIR R. PATEL, TARA MOBLEY, THOMAS J. FARRELL, RAYMOND S. WIERCISZEWSKI, JESSE G. HEREDA, DANA C. BELELLA, SUZANNE E. PRICE, in both individual and official capacity as Attorney Registrar Executive Office, the Disciplinary Board of the Supreme Court of Pennsylvania, LAURA K. MOHNEY, KIMBERLY M. HENDERSON, JERRY M. LEHOCKY, DION G. RASSIAS, JOSHUA M. BLOOM, CELESTE L. DEE, LAURA E. ELLSWORTH, CHRISTOPHER M. MILLER, ROBERT J. MONGELUZZI, GRETCHEN A. MUNDORFF, JOHN C. RAFFERTY, JR., HON. ROBERT L. REPARD, DAVID S. SENOFF, SHOHIN | CIVIL ACTION<br><br><br><br>NO.  23-2273 |

| | |
|---|---|
| **H. VANCE, RAMONA M. MARIANI, ANTHONY P. SODROSKI, HAROLD E. CIAMPOLI, JR., KRISTA K. BEATTY, JAMES M. FOX, JANA M. PALKO, ANNA M. CIARDI, BRIDGET GALLOWAY OWEN, STEVEN PARKINSON, WILLIAM JUDGE, KEVIN M. DOUGHERTY, DAVID N. WECHT, SALLIE UPDYKE MUNDY and P. KEVIN BROBSON,**<br>               **Defendants.** | |

# O R D E R

**AND NOW**, this 31st day of July, 2025, **IT IS ORDERED** that a hearing on the Court's Order that Plaintiff show cause why she should not be enjoined from further filing in this and related cases (ECF No. 134) shall be held on **Thursday, September 11, 2025 at 2:00 p.m. in Courtroom 15A, 601 Market St., Philadelphia, PA**. Pro se Plaintiff and counsel for defendants in all related cases are ordered to appear. In addition, Defendants shall jointly file a response to Plaintiff's Reply to the Court's Show Cause Order (ECF No. 151) on or before **August 15, 2025**. Plaintiff shall file her reply on or before **August 29, 2025**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
HODGE, KELLEY B., J.