# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URVE MAGGITTI,<br>            Plaintiff,<br><br>v.<br><br>BRET M. BINDER, ANTHONY T. VERWEY, WILLIAM P. MAHON, MARTIN G. GOCH, MARC J. LIEBERMAN, JOHN HALL, DEBRA TODD,  DEB RYAN, DANIEL E. ROLAND, FREDDA L. MADDOX, ROSANA CASTRO, DEBBIE HUNTER, JACK A. PANELLA, MOTION'S JUDGE(S), Superior Court of Pennsylvania, BENJAMIN D. KOHLER, AMY DREIBELBIS, HILLARY J. MOONAY, DAVID A. NASATIR, MATHIEU J. SHAPIRO, THOMAS A. LEONARD III, NICHOLAS PODUSLENKO, MELISSA BLANCO, DAVID LADOV, ENRICO PAGANELLO, WILLIAM C. WENNER, NANCY L. CLEMENS, SUSAN P. GANTMAN, RENEE COHN JUBELIRER, ANDREW E. MASICH, Ph.D., MICHAEL BRUNELLE, SCOTT B. COOPER, SUDHIR R. PATEL, TARA MOBLEY, THOMAS J. FARRELL, RAYMOND S. WIERCISZEWSKI, JESSE G. HEREDA, DANA C. BELELLA, SUZANNE E. PRICE, in both individual and official capacity as Attorney Registrar Executive Office, the Disciplinary Board of the Supreme Court of Pennsylvania, LAURA K. MOHNEY, KIMBERLY M. HENDERSON, JERRY M. LEHOCKY, DION G. RASSIAS, JOSHUA M. BLOOM, CELESTE L. DEE, LAURA E. ELLSWORTH, CHRISTOPHER M. MILLER, ROBERT J. MONGELUZZI, GRETCHEN A. MUNDORFF, JOHN C. RAFFERTY, JR., HON. ROBERT L. REPARD, DAVID S. SENOFF, SHOHIN | CIVIL ACTION<br><br><br><br>NO.  23-2273 |

**H. VANCE, RAMONA M. MARIANI, ANTHONY P. SODROSKI, HAROLD E. CIAMPOLI, JR., KRISTA K. BEATTY, JAMES M. FOX, JANA M. PALKO, ANNA M. CIARDI, BRIDGET GALLOWAY OWEN, STEVEN PARKINSON, WILLIAM JUDGE, KEVIN M. DOUGHERTY, DAVID N. WECHT, SALLIE UPDYKE MUNDY and P. KEVIN BROBSON,**

                 **Defendants.**

# O R D E R

**AND NOW**, this 28th day of August, 2025, upon consideration of *pro se* Plaintiff's Emergency Motion to Stay Proceedings Pending Appeal (ECF 161), and Response of Defendants Deborah Ryan, Christopher DeBarrena-Sarobe, Daniel Roland, Santina Pescatore, William Judge, Michael Pullano, Claire Reeves and Joseph F. Kampherstein, III to Plaintiff's Emergency Motion to Stay Proceedings Pending Appeal (ECF 163), and *pro se* Plaintiff's Emergency Motion to Two-Week Extension of Reply Deadline and to Continue the September 11, 2025 Hearing (ECF 162), **IT IS ORDERED** as follows:

    1.    *Pro se* Plaintiff's Emergency Motion to Stay Proceedings Pending Appeal (ECF 161) is **DENIED**.[1]

---

[1] As stated in the Court's Order on February 5, 2025 (ECF 146), the grant or denial of a stay focuses on four factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *United States v. Safehouse*, 468 F. Supp. 3d 687, 690–91 (E.D. Pa. 2020) (quoting *Nken v. Holder*, 556 U.S. 418, 434 (2009)).

The current issue before the Court as to whether or not the Plaintiff has engaged in vexatious conduct that warrants prefiling injunctive relief, is distinct from the issue before the Third Circuit, and as such, even had Ms. Maggitti shown a likelihood of success on the merits, that would not justify a stay here. Nor does the Court believe that Plaintiff will be irreparably injured absent a stay, that is to say, she will suffer "harm that cannot be prevented or fully rectified by a successful appeal." *Revel*, 802 F.3d at 568.

2.   *Pro se* Plaintiff's Emergency Motion to Two-Week Extension of Reply Deadline and to Continue the September 11, 2025 Hearing (ECF 162) is **GRANTED**.  The time for *pro se* plaintiff to file and serve her reply is **EXTENDED** until **September 12, 2025**.  The Show Cause Hearing scheduled for September 11, 2025, is **RESCHEDULED** for **October 8, 2025, at 2:00 p.m.**, in Courtroom 15A, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**