# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| URVE MAGGITTI,<br>                     **Plaintiff,**<br><br>            v.<br><br>BRET M. BINDER, ANTHONY T. VERWEY, WILLIAM P. MAHON, MARTIN G. GOCH, MARC J. LIEBERMAN, JOHN HALL, DEBRA TODD,  DEB RYAN, DANIEL E. ROLAND, FREDDA L. MADDOX, ROSANA CASTRO, DEBBIE HUNTER, JACK A. PANELLA, BENJAMIN D. KOHLER, AMY DREIBELBIS, HILLARY J. MOONAY, DAVID A. NASATIR, MATHIEU J. SHAPIRO, THOMAS A. LEONARD III, NICHOLAS PODUSLENKO, MELISSA BLANCO, DAVID LADOV, ENRICO PAGANELLI, WILLIAM C. WENNER, NANCY L. CLEMENS, Rev. JAMES P. MCCLOSKEY, SUSAN P. GANTMAN, RENEE COHN JUBELIRER, ANDREW E. MASICH, Ph.D., MICHAEL BRUNELLE, SCOTT B. COOPER, SUDHIR R. PATEL, TARA MOBLEY, THOMAS J. FARRELL, RAYMOND S. WIERCISZEWSKI, JESSE G. HEREDA, DANA C. BELELLA, LAURA K. MOHNEY, KIMBERLY M. HENDERSON, JERRY M. LEHOCKY, DION G. RASSIAS, JOSHUA M. BLOOM, CELESTE L. DEE, LAURA E. ELLSWORTH, CHRISTOPHER M. MILLER, ROBERT J. MONGELUZZI, GRETCHEN A. MUNDORFF, JOHN C. RAFFERTY, JR., ROBERT L. REPARD, DAVID S. SENOFF, SHOHIN H. VANCE, RAMONA M. MARIANI, ANTHONY P. SODROSKI, HAROLD E. CIAMPOLI, JR., KRISTA K. BEATTY, JAMES M. FOX, JANA M. PALKO, ANNA M. CIARDI, BRIDGET GALLOWAY OWEN, | CIVIL ACTION<br><br><br><br>NO.  23-2273 |

**STEVEN PARKINSON, WILLIAM
JUDGE, CHRISTINE DONOHUE, KEVIN
M. DOUGHERTY, DAVID N. WECHT,
SALLIE UPDYKE MUNDY, P. KEVIN
BROBSON, and MOTION'S JUDGE(S),**
Superior Court of Pennsylvania,
                    **Defendants.**

## O R D E R

**AND NOW**, this 26th day of June, 2026, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 187) and Defendant Pagnanelli's opposition thereto (ECF No. 193), and Defendants' Motions to Dismiss (ECF Nos. 179, 180, 181, 183, and 184) and Plaintiff's oppositions thereto (ECF Nos. 188, 189, 190, 191, 192) it is hereby **ORDERED** as follows:

1.  Plaintiff's Motion for Leave to File an Amended Complaint is **DENIED**.

2.  Defendants' Motions to Dismiss are **GRANTED**. On or before **July 26, 2026**, Plaintiff may file a Third Amended Complaint for any claims dismissed without prejudice. The Third Amended Complaint shall not exceed 75 pages, and Plaintiff is instructed to attach only new exhibits.[1]

                    **BY THE COURT:**

                    **/s/ Hon. Kelley B. Hodge**
                    _____
                       **HODGE, KELLEY B., J.**

---

[1] For clarity, new exhibits are only those exhibits that have not been submitted previously and are relevant to the Third Amended Complaint.